# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AARON JEFFREY QUIN,

Plaintiff,

v.

COUNTY OF TUOLUMNE, et al.,

Defendants.

Case No. 1:26-cv-05721-KES-SAB

ORDER DENYING MOTION TO UTILIZE E-FILE

ORDER DIRECTING PLAINTIFF TO FILE STATUS REPORT REGARDING SERVICE

(ECF No. 7)

Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on July 23, 2026. (ECF No. 1.) On September 25, 2026, Plaintiff moved, pursuant to Local Rule 133(b)(2), for authorization to utilize the Court's e-filing system. (ECF No. 7.)

Pursuant to the Local Rules, a *pro se* party shall file and serve paper documents as required by the Rule. L.R. 133(a). A party appearing *pro se* may request an exception to the paper filing requirement from the Court by filing a stipulation of the parties or by motion. L.R. 133(b)(2),(3). Upon review of Plaintiff's motion, the Court finds that this action does not warrant an exception to the Local Rule.

Separately, the Court directs Plaintiff to file a notice regarding the status of service on Defendants. The Court observes that Defendant County of Tuolumne's answer states that it is also sued as the Tuolumne County Probation Department. (ECF No. 4.) Thus, the answer appears to indicate that the Tuolumne County Probation Department is a department of the County of Tuolumne. If Plaintiff agrees, Plaintiff may file a notice of voluntary dismissal as to Defendant Tuolumne County Probation Department in lieu of the status report. Otherwise, Plaintiff shall file a notice regarding the status of service on Defendants.

/ / /

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion for authorization to utilize e-file (ECF No. 7) is DENIED; and

2. Plaintiff shall, **no later than October 7, 2026**, file either a notice regarding the status of service on Defendants or a notice of voluntary dismissal as to Defendant Tuolumne County Probation Department. Plaintiff is advised that failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **September 29, 2026**

STANLEY A. BOONE
United States Magistrate Judge