# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AARON JEFFREY QUIN,

Plaintiff,

v.

COUNTY OF TUOLUMNE, et al.,

Defendants.

Case No. 1:26-cv-05721-KES-SAB

ORDER DIRECTING CLERK OF COURT TO TERMINATE DEFENDANT TUOLUMNE COUNTY PROBATION DEPARTMENT

(ECF No. 10)

On October 7, 2026, Plaintiff filed a notice of voluntary dismissal of this action as to Defendant Tuolumne County Probation Department. (ECF No. 10.)

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078; see also Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993). In this action, Defendant Tuolumne County Probation Department has not filed an answer, other responsive pleading, or motion for summary judgment.

/ / /

Accordingly, the Clerk of the Court is HEREBY ORDERED to TERMINATE Defendant Tuolumne County Probation Department in this action.

IT IS SO ORDERED.

Dated: **October 8, 2026**

STANLEY A. BOONE
United States Magistrate Judge