# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JEFFREY QUIN,<br>Plaintiff,<br>v.<br>COUNTY OF TUOLUMNE,<br>Defendant. | Case No. 1:26-cv-05721-KES-SAB<br><br>ORDER REGARDING STIPULATION FOR *PRO SE* PLAINTIFF TO UTILIZE ELECTRONIC FILING<br><br>(ECF No. 13) |

Plaintiff Aaron Jeffrey Quin, who is proceeding *pro se*, commenced this action on July 23, 2026. (ECF No. 1.) On November 17, 2026, the parties filed a stipulation for Plaintiff to utilize electronic filing in this matter, pursuant to Local Rule 133(b)(2). (ECF No. 13.) The parties explain that allowing electronic filing would reduce the burden on Plaintiff, who resides in La Grange, California, of traveling to the Court to file documents and would facilitate prompt filing and service. (Id. at p. 2.)

Pursuant to the Local Rules, a *pro se* party shall file and serve paper documents. L.R. 133(a). However, a person appearing *pro se* may request an exception to the paper filing requirement and permission to utilize electronic filing by filing a stipulation of the parties or by motion. L.R. 133(b)(2),(3). Following consideration of the stipulation, the Court will grant the requested exception and permit Plaintiff to file documents electronically.

/ / /

Under this exception, Plaintiff will be able to upload pleadings, briefs, documents, and exhibits through the District Court's electronic case management system. In addition, Plaintiff will receive service of documents from the Court and all other parties via email. Therefore, it is imperative that Plaintiff maintain a valid and current email address and regularly monitor his email to ensure timely receipt of Court orders and filings. Failure to maintain a valid email address or to monitor the account will not excuse Plaintiff from complying with Court orders, filing deadlines, or other applicable requirements.

Accordingly, the Court HEREBY APPROVES the stipulation (ECF No. 13) and ORDERS the following:

1. Plaintiff is GRANTED permission to use the Court's electronic filing service;
2. Plaintiff shall file a Notice of Intent to Utilize Electronic Filing, which shall include a valid email address and an acknowledgment that Plaintiff agrees to comply with the requirements set forth in this order;
3. Upon receipt of Plaintiff's Notice of Intent to Utilize Electronic Filing, the Clerk of Court is DIRECTED to create an electronic filing account on PACER for Plaintiff. The Clerk of the Court shall then enter a docket entry notifying Plaintiff to create a PACER account and to submit his e-file request through PACER.
4. Plaintiff shall thereafter register for a PACER account and submit a request for electronic filing privileges through PACER to obtain access to the Court's electronic case management system;
5. Plaintiff shall have a continuing duty to maintain current contact information, including an email address, through PACER. Failure to maintain current contact information on PACER may result in revocation of Plaintiff's electronic filing privileges or the imposition of other sanctions, including dismissal of this case; and

/ / /

/ / /

/ / /

/ / /

**6. Plaintiff's filing access may be revoked at any time by the Court for excessive and/or inappropriate use.**

IT IS SO ORDERED.

Dated: **November 19, 2026**

STANLEY A. BOONE
United States Magistrate Judge